**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**DERRICK GRANTLEY,**
**Plaintiff,**

**vs.** **Case No.: 3:26-cv-1893/MCR/ZCB**

**M. BALTZELL, et al.,**
**Defendants.**
_______________________/

**ORDER**

The magistrate judge issued a Report and Recommendation on September 23, 2026. (Doc. 34). The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 34) is adopted and incorporated by reference in this order.

2. The Plaintiff's "Ex Parte Motion for Restraining Order" (Doc. 29) is **DENIED**.

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 12th day of November 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**